IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 4:11CR3122 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER** |
| -vs- | ) | |
| JEREMY GULLY, | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on defendant's Motion for Temporary Release From Custody to permit an inpatient screening interview, filing 30. Being fully advised in the premises, this Court finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant shall be released from Marshal's custody on January 12, 2012, no later than 8:45 a.m. so that he may participate in an inpatient screening interview at Williams Prepared Place in Omaha, NE. Mr. Gully shall be released to a staff member of the Federal Public Defender's office for transportation directly to said interview. He shall be returned to the custody of the United States Marshal immediately thereafter by the FPD staff member.

DATED this 9th day of January, 2012.

BY THE COURT:

*s/ Cheryl R Zwart*
The Honorable Cheryl Zwart
United States Magistrate Judge