IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:11CR3122 |
| | ) | |
| V. | ) | |
| | ) | |
| JEREMY TYRELL GULLY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Given the defendant's extremely long criminal record (filing no. 14), Judge Zwart would have had to have been nearly "brain dead" if she had released the defendant as suggested.[1] Accordingly,

IT IS ORDERED that the appeal of the order denying review of detention (filing no. 36) is denied.

DATED this 31st day of January, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

[1] Despite counsel's suggestion to the contrary, the defendant was given a detention hearing and then he waived another detention hearing. (Filing no. 14 and filing no. 23.)