IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:11CR3122 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| JEREMY TYRELL GULLY, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The defendant's motion to continue, (filing no. 48), is granted.

2) The hearing on the defense counsel's motion to withdraw, (filing no. 44), will be held before the undersigned on June 8, 2012 beginning at 10:30 a.m.

3) For the reasons set forth in the court's prior order, (filing no. 47), the time between today's date and June 8, 2012, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act.

DATED this 18th day of May, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge